# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Alpine Securities Corporation

v.

Financial Industry Regulatory Authority

**Case No:** 23-5129

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ● Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Alpine Securities Corporation

### Counsel Information

**Lead Counsel:** David H. Thompson

**Direct Phone:** (202) 220-9659  **Fax:** (202) 220-9601  **Email:** dthompson@cooperkirk.com

**2nd Counsel:** Brian W. Barnes

**Direct Phone:** (202) 220-9623  **Fax:** (202) 220-9601  **Email:** bbarnes@cooperkirk.com

**3rd Counsel:**

**Direct Phone:** (___) ___-____  **Fax:** (___) ___-____  **Email:**

**Firm Name:** Cooper & Kirk, PLLC

**Firm Address:** 1523 New Hampshire Avenue, NW, Washington, DC 20036

**Firm Phone:** (202) 220-9600  **Fax:** (202) 220-9601  **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)