# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Alpine Securities Corporation, et al

**v.**  **Case No:** 23-5129

Financial Industry Regulatory Authority, Inc.

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ⦿ Retained  ○ Pro Bono  ○ Appointed (CJA/FPD)  ○ Gov't counsel

for the ○ Appellant(s)/Petitioner(s)  ⦿ Appellee(s)/Respondent(s)  ○ Intervenor(s)  ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Financial Industry Regulatory Authority, Inc.

### Counsel Information

**Lead Counsel:** Amir C. Tayrani

**Direct Phone:** (202) 887-3692  **Fax:** (202) 530-9645  **Email:** atayrani@gibsondunn.com

**2nd Counsel:** Alex Gesch

**Direct Phone:** (202) 887-3776  **Fax:** (202) 530-9641  **Email:** agesch@gibsondunn.com

**3rd Counsel:** Max E. Schulman

**Direct Phone:** (202) 777-9550  **Fax:** (202) 831-6188  **Email:** mschulman@gibsondunn.com

**Firm Name:** Gibson, Dunn & Crutcher LLP

**Firm Address:** 1050 Connecticut Avenue, N.W., Washington, D.C. 20036

**Firm Phone:** (202) 955-8500  **Fax:** (202) 467-0539  **Email:** atayrani@gibsondunn.com

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)