# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 23-5129**                                    **September Term, 2022**

1:23-cv-01506-BAH

Filed On: August 7, 2023 [2011206]

Alpine Securities Corporation,

      Appellant

Scottsdale Capital Advisors Corporation,

      Appellee

    v.

Financial Industry Regulatory Authority and
United States of America,

      Appellees

### **O R D E R**

Upon consideration of the joint motion for extension of time, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellant's Brief | August 28, 2023 |
| Appendix | August 28, 2023 |
| Appellees' Brief(s) | October 27, 2023 |
| Appellant's Reply Brief | November 17, 2023 |

                                                  **FOR THE COURT:**
                                                  Mark J. Langer, Clerk

                             BY:    /s/
                                       Michael C. McGrail
                                       Deputy Clerk