# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 23-5129**  **September Term, 2022**

**1:23-cv-01506-BAH**

**Filed On:** August 22, 2023

Alpine Securities Corporation,

      Appellant

Scottsdale Capital Advisors Corporation,

      Appellee

    v.

Financial Industry Regulatory Authority and
United States of America,

      Appellees

    **BEFORE:**    Srinivasan, Chief Judge, and Henderson, Millett, Pillard, Wilkins, Katsas, Rao, Walker, Childs, Pan, and Garcia, Circuit Judges

## O R D E R

Upon consideration of the motion for reconsideration en banc, the opposition thereto, and the reply, it is

**ORDERED** that the motion be denied.

### Per Curiam

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/
Emily Campbell
Deputy Clerk