ORAL ARGUMENT NOT YET SCHEDULED

No. 23-5129

---

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

ALPINE SECURITIES CORPORATION,
*Plaintiff-Appellant*,

v.

FINANCIAL INDUSTRY REGULATORY AUTHORITY, INC.,
*Defendant-Appellee*.

UNITED STATES OF AMERICA,
*Intervenor Defendant-Appellee*.

---

On Appeal from the United States District Court for the District of Columbia
Case No. 23-cv-01506-BAH
The Honorable Beryl A. Howell, District Judge

---

**NOTICE OF INTENT TO FILE AMICUS BRIEF
AND REPRESENTATION OF CONSENT**

---

Adam G. Unikowsky
Elizabeth B. Deutsch
Arjun R. Ramamurti
JENNER & BLOCK LLP
1099 New York Ave. NW, Suite 900
Washington, DC 20001
Phone: (202) 639-6000
aunikowsky@jenner.com

Gregory M. Boyle
JENNER & BLOCK LLP
353 N Clark Street
Chicago, IL 60654
Phone: (312) 2222-9350
gboyle@jenner.com

*Counsel for Amici Curiae
National Futures Association,
CME Group Inc., and
Cboe Global Markets, Inc.*

Pursuant to Circuit Rule 29(b), National Futures Association, CME Group Inc., and Cboe Global Markets, Inc., notify tis Court of their intent to file a brief as *amici curiae* in the above-captioned matter in support of the Defendant-Appellee, Financial Industry Regulatory Authority, Inc.

All parties to this appeal have consented to the filing of this brief.

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and D.C. Circuit Rule 26.1, *amici curiae* submit the following corporate disclosure statement:

National Futures Association is a nonprofit corporation. It has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

CME Group Inc. is a publicly held company. It has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Cboe Global Markets, Inc. is a publicly held company. It has no parent corporation. A third party's review of public filings indicates that The Vanguard Group, Inc. owned 10% or more of Cboe Global Markets, Inc.'s stock as of June 30, 2023.

Dated: November 2, 2023

Respectfully submitted,

/s/ Adam G. Unikowsky

Adam G. Unikowsky
Elizabeth B. Deutsch
Arjun R. Ramamurti
JENNER & BLOCK LLP
1099 New York Ave. NW, Suite 900
Washington, DC 20001
Phone: (202) 639-6000
aunikowsky@jenner.com

Gregory M. Boyle
JENNER & BLOCK LLP
353 N Clark Street
Chicago, IL 60654
Phone: (312) 2222-9350
gboyle@jenner.com

*Counsel for Amici Curiae
National Futures Association,
CME Group Inc., and
Cboe Global Markets, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that undersigned counsel served a true and correct copy of the foregoing to all parties of record through the Court's CM/ECF system.

Dated: November 2, 2023　　　　　　　　　/s/ Adam G. Unikowsky
　　　　　　　　　　　　　　　　　　　　　Adam G. Unikowsky