# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-5129**                                         September Term, 2023

1:23-cv-01506-BAH

Filed On: November 21, 2023 [2028111]

Alpine Securities Corporation,

      Appellant

Scottsdale Capital Advisors Corporation,

      Appellee

    v.

Financial Industry Regulatory Authority and
United States of America,

      Appellees

## O R D E R

Upon consideration of the motion of Carrie Devorah for leave to file a brief amicus curiae in support of appellant, and the lodged brief amicus curiae, it is

**ORDERED** that the motion be granted. The Clerk is directed to file the lodged brief amicus curiae.

                                            **FOR THE COURT:**
                                            Mark J. Langer, Clerk

                      BY:    /s/
                               Michael C. McGrail
                               Deputy Clerk