# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-5129**  **September Term, 2023**

1:23-cv-01506-BAH

Filed On: January 26, 2024 [2037471]

Alpine Securities Corporation,

    Appellant

Scottsdale Capital Advisors Corporation,

    Appellee

    v.

Financial Industry Regulatory Authority and
United States of America,

    Appellees

## O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of this case scheduled for February 8, 2024, at 9:30 A.M.:

| | | |
|---|---|---|
| Appellant | - | 15 Minutes |
| Appellee FINRA | - | 15 Minutes (to be divided with intervenor-appellee United States as the parties deem appropriate) |

The panel considering this case will consist of Chief Judge Srinivasan, and Circuit Judges Millett and Walker.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by January 30, 2024.

### Per Curiam

                **FOR THE COURT:**
                Mark J. Langer, Clerk

BY:    /s/
           Michael C. McGrail
           Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)