# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 23-5129**                           **September Term, 2023**

1:23-cv-01506-BAH

**Filed On:** March 8, 2024

Alpine Securities Corporation,

       Appellant

Scottsdale Capital Advisors Corporation,

       Appellee

    v.

Financial Industry Regulatory Authority and
United States of America,

       Appellees

    **BEFORE:**     Srinivasan, Chief Judge; Millett and Walker, Circuit Judges

## O R D E R

    It is **ORDERED**, on the court's own motion, that the parties file supplemental briefs addressing (1) to what extent, if any, 15 U.S.C. § 78*o*(b)(9) is relevant to the issues presented in this appeal; and (2) on what occasions the provision has been used, and for what reasons.

    The parties supplemental briefs may not exceed 2,600 words and are due by 4:00 p.m. on March 22, 2024. The parties are directed file responsive supplemental briefs to not exceed 1,300 words and are due by 4:00 p.m. on March 29, 2024. In addition to electronic filing, paper copies of the submissions are to be hand-delivered to the court by the time and date due.

### Per Curiam

                                                            **FOR THE COURT:**
                                                            Mark J. Langer, Clerk

                                 BY:     /s/
                                              Michael C. McGrail
                                              Deputy Clerk