# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 23-5129** | **September Term, 2023** |
| | **1:23-cv-01506-BAH** |
| | **Filed On: March 28, 2024** [2047299] |

Alpine Securities Corporation,

    Appellant

Scottsdale Capital Advisors Corporation,

    Appellee

    v.

Financial Industry Regulatory Authority and
United States of America,

    Appellees

    **BEFORE:**    Srinivasan, Chief Judge; Millett and Walker, Circuit Judges

## O R D E R

Upon consideration of the motion of amicus curiae Carrie Devorah for leave to file a supplemental brief, and the lodged supplemental brief, it is

**ORDERED** that the motion be denied. The Clerk is directed to note the docket accordingly.

**Per Curiam**

                              **FOR THE COURT:**
                              Mark J. Langer, Clerk

            BY:    /s/
                     Michael C. McGrail
                     Deputy Clerk