IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

ALPINE SECURITIES CORPORATION.,

Plaintiff-Appellant,

v.

FINANCIAL INDUSTRY REGULATORY
    AUTHORITY, Inc.,

Defendant-Appellee,

UNITED STATES OF AMERICA,

Intervenor for Defendant-Appellee

No. 23-5129

**INTERVENOR THE UNITED STATES OF AMERICA'S UNOPPOSED
MOTION FOR 4-DAY EXTENSION OF TIME TO RESPOND TO
MOTION TO STAY THE MANDATE**

Intervenor the United States respectfully requests a 4-day extension of time,

up to and including January 27, 2025, to file a response to the plaintiff's motion to

stay the mandate.  This motion is unopposed.  In support of this motion, intervenor

states the following:

1.  On January 13, 2025, plaintiff Alpine Securities Corporation, Inc. filed a

motion to stay the mandate pending the disposition of a petition for a writ of

certiorari that it intends to file in the Supreme Court.  Pursuant to Federal Rule of

Appellate Procedure 27, the United States' response is currently due January 23, 2025.

2.  The United States respectfully requests a 4-day extension of time, up to and including January 27, 2025, to file a response to plaintiff's motion.  The requested extension is necessary to ensure adequate time to prepare and file the response in light of other commitments of government counsel.  Courtney Dixon is lead counsel for the United States and has primary responsibility for drafting the United States' response in this matter.  Ms. Dixon will be on prearranged leave and traveling from January 17-21.  In addition, in light of the federal holiday on January 20, the requested extension will ensure adequate time to coordinate review with the agency and interested components of the Department of Justice.

3.  Counsel for plaintiff has represented that plaintiff does not oppose this motion.  Counsel for defendant Financial Industry Regulatory Authority, Inc. (FIRNA) has similarly represented that FINRA does not oppose this motion.

Respectfully submitted,

MARK B. STERN

 /s/ *Courtney L. Dixon*
COURTNEY L. DIXON
(202) 353-8189
   Attorneys, Appellate Staff
   Civil Division
   U.S. Department of Justice
   950 Pennsylvania Ave., N.W.
   Room 7246
   Washington, D.C.  20530

JANUARY 2025

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2025, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system.

I certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system

/s/  *Courtney L. Dixon*
COURTNEY L. DIXON