# United States Court of Appeals
### For The District Of Columbia Circuit

_____

**No. 23-5129**  **September Term, 2024**

**1:23-cv-01506-BAH**

**Filed On:** January 22, 2025

Alpine Securities Corporation,

    Appellant

Scottsdale Capital Advisors Corporation,

    Appellee

    v.

Financial Industry Regulatory Authority and
United States of America,

    Appellees

**BEFORE:** Srinivasan, Chief Judge; and Millett and Walker, Circuit Judges

### O R D E R

Upon consideration of the unopposed motion for a 4-day extension of time to file a response to appellant's motion to stay the mandate filed by intervenor the United States of America, it is

**ORDERED** that the motion be granted. Any response to appellant's motion to stay the mandate is now due January 27, 2025.

### Per Curiam

           **FOR THE COURT:**
           Clifton B. Cislak, Clerk

   BY:    /s/
           Daniel J. Reidy
           Deputy Clerk