# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-5129**                    **September Term, 2024**

**1:23-cv-01506-BAH**

**Filed On:** February 7, 2025

Alpine Securities Corporation,

       Appellant

Scottsdale Capital Advisors Corporation,

       Appellee

    v.

Financial Industry Regulatory Authority and
United States of America,

       Appellees


**BEFORE:**    Srinivasan, Chief Judge; and Millett and Walker*, Circuit Judges

### O R D E R

    Upon consideration of appellant's motion to stay issuance of the mandate pending the filing and disposition of a petition for writ of certiorari, the responses thereto, and the reply, it is

    **ORDERED** that the motion be denied.

### Per Curiam

                      **FOR THE COURT:**
                      Clifton B. Cislak, Clerk

           BY:    /s/
                      Daniel J. Reidy
                      Deputy Clerk

* Circuit Judge Walker would grant this motion.