# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-5129**                       **September Term, 2024**

1:23-cv-01506-BAH

**Filed On: February 18, 2025** [2101165]

Alpine Securities Corporation,

       Appellant

Scottsdale Capital Advisors Corporation,

       Appellee

       v.

Financial Industry Regulatory Authority and
United States of America,

       Appellees

## M A N D A T E

In accordance with the judgment of November 22, 2024, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                           **FOR THE COURT:**
                                           Clifton B. Cislak, Clerk

                           BY:      /s/
                                             Daniel J. Reidy
                                             Deputy Clerk

Link to the judgment filed November 22, 2024