# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

February 24, 2025

Clerk
United States Court of Appeals for the District of
Columbia Circuit
333 Constitution Avenue, NW
Washington, DC 20001

      Re:  Alpine Securities Corporation
            v. Financial Industry Regulatory Authority, et al.
            No. 24-904
            (Your No. 23-5129)

Dear Clerk:

      The petition for a writ of certiorari in the above entitled case was filed on February 20, 2025 and placed on the docket February 24, 2025 as No. 24-904.

                    Sincerely,

                    **Scott S. Harris**, Clerk

                    by

                    Susan Frimpong
                    Case Analyst