# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| Alpine Securities Corporation, )<br>    Plaintiff-Appellant, )<br> v. )<br> )<br>Financial Industry Regulatory )<br>Authority, Inc., )<br>    Defendant-Appellee, )<br> )<br>United States of America, )<br>    Intervenor for )<br>    Defendant-Appellee. )<br> ) | No. 23-5129 |

## NOTICE OF WITHDRAWAL

Defendant-Appellee Financial Regulatory Authority, Inc. ("FINRA") respectfully asks this Court to withdraw Max E. Schulman as an attorney representing FINRA in the above-captioned case. Mr. Schulman will be departing Gibson, Dunn & Crutcher LLP for other employment on May 12, 2025. FINRA will continue to be represented in this matter by other counsel who have entered appearances.

Dated: May 7, 2025

Respectfully submitted,

<u>*/s/ Max E. Schulman*</u>
Max E. Schulman
Gibson, Dunn & Crutcher LLP
1700 M Street, N.W.
Washington, D.C. 20036
(202) 955-8500
MSchulman@gibsondunn.com

*Counsel for Defendant-Appellee Financial Industry Regulatory Authority, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2025, I filed and served the foregoing with the Clerk of the Court by causing a copy to be electronically filed via the appellate CM/ECF system. I also hereby certify that the participants in the case are registered CM/ECF users and will be served via the CM/ECF system.

<u>/s/ Max E. Schulman</u>  
Max E. Schulman